RE: Seyed Masoud Moghani    ☑ PRO SE    Case # 14-13402-LMI

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- Tax returns: 2011 2012 2013  Corp 2011 2012 2013
- __ Bank Account Statements ☐ 3 months pre-petition
- Amend Sch B #2 to disclose Bank acct # 0290/4163
- __ Check copy ____
- FMV(NADA/Carmax), Reg and Payoff : Vehicles
- X FMV and Payoff : Real Estate
- __ Non homestead Information Sheet
- __ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- BDQ & attachments
- Profit and loss and Balance Sheet
- Bank statements and all checks ____ months

- __ Fee application (see court guideline 6)
- __ Income understated ___ stubs ___ taxes
- __ co-debtor ___ stubs ___ taxes
- __ Spouse's pay advices/spouse's wages not disclosed
- __ Proof of household size (government ID w/ address) and income of all adults
- __ Best effort < 36 months < 60 months
- __ Expenses objectionable: Sch J ☐ Provide Proof
- ✓ D/I  > 100%   < 90%  (Feasibility)
- __ Info on transfer  SOFA #3 #10 undisclosed
- __ Tolling Agreement(s)

- ✓ ☐ LF 90  ☒ LF67  ☐ LF10
- __ Domestic Support Info: name address and phone
- __ Affidavits of ___ support ___ rent
- __ Missing ☐ 2016(B) ☐ Other___
- ✓ Other provisions ☒ IVL ☐ 100% ☐ lawsuit ☐ lease ☐ gambling ☐ HAMP ☐ LMM
- X Plan does not fund  Plan Not Workable
- __ Calculation errors/improper months ___
- __ Valuation motion   ☐ not filed   ☐ not resolved
- __ LMM motion   ☐ not filed
- __ Reaffirm, redeem or surrender Sch D & G creditor
- __ Creditor on plan not listed in Schedules or filed POC
- ✓ Object or Conform to Proof of Claim
  - __ Miami-Dade County    X Tax Certificate(DE#32)
  - __ Dept of Revenue           IRS
  - Cl#2 Association of HOA

* Creditor on Sch E Not on plan

- __ Objection to Exemption (specifics to be filed) To be heard with confirmation at 1:30 pm
- ✓ Ch 7 s/b $ 18,248.00 (includes tax refund)
- __ Good faith to unsecured
- __ Expenses: documentation/calculation: CMI line

- __ CMI/DI ___ x 60 = ___
- ☐ Plus income/expenses issues ☐ Trustee est. $___
- __ Undervalued collateral should be crammed down

Other: Amend Sch I to remove line #11 or provide affidavit of support & include amount as income.

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date. *The debtor or debtor's attorney must appear at the confirmation hearing*

***The Trustee's recommendation for the confirmation hearing on July 8, 2014   is as follows:
**Case Reviewed On: July 2, 2014**
**Trustee recommending dismissal, following issues unresolved:** a) address feasibility issue, b) LF67, c) amend plan to include IVL, d) plan not workable, e) creditor on Sch E not on plan
**NEW ISSUES:** f) amend Sch B #2 to disclose bank acct #0290/4163, g) payoff of real estate, h) obj/conform to DE#32 & cl#2, i) amend plan to pay CH7 of $18,248.00/calculation ltr, j) amend Sch I to remove line #11 OR provide affidavit of support & income amount as income
IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY **BEFORE 2PM ON JULY 7, 2014** OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 27980676, MIRAMAR, FL 33027, (954) 443-4402